DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JUAN GOMEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0743

_____

November 14, 2025

Appeal from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

Juan Gomez, pro se.

James Uthmeier, Attorney General, Tallahassee, and James A. Hellickson, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

  Affirmed.

NORTHCUTT,  BLACK, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior publication.